The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATBINDER ATHWAL, individually and on behalf of the Estate of HARKANWAL SINGH ATHWAL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JAY NIJJER and "JANE DOE" NIJJER, individually and as a marital community,<br><br>Defendants,<br><br>and<br><br>INDIGO HOLDINGS, LLC, a Washington limited liability company,<br><br>Nominal Defendant. | NO. 2:17-cv-00740-RSL<br><br>STIPULATION AND AGREED ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |

## STIPULATION

Plaintiff Satbinder Athwal by and through her counsel, and Defendants Jay Nijjer, "Jane Doe" Nijjer and Indigo Holdings, LLC (collectively "Defendants"), stipulate and jointly move the Court for an order continuing the trial date in this matter from March 5, 2018 to June 4, 2018, and adjusting the pre-trial deadlines accordingly. The parties have been working together to schedule a mediation with a mutually agreed upon mediator. Therefore, in light of a soon-to-be scheduled mediation, the parties request that the current trial date and related

STIPULATION AND AGREED ORDER CONTINUING TRIAL
DATE AND RELATED DEADLINES - 1
( 2:17-cv-00740-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6207489.1

pretrial deadlines set forth in the Court's August 3, 2017 Minute Order Setting Trial Date and Related Dates be continued approximately 90 days out. As a result, the parties believe that the scheduling adjustments described below are necessary and warranted.

On this basis, the parties jointly request the following scheduling adjustments:

| Event | Existing Deadline or Event Date | Proposed Deadline or Event Date |
|---|---|---|
| Deadline for Amending Pleadings | September 6, 2017 | December 5, 2017 |
| Reports from Expert Witnesses under FRCP 26(a)(2) Due | September 6, 2017 | December 5, 2017 |
| Discovery completed by | November 5, 2017 | February 5, 2018 |
| Settlement Conference held no later than | November 19, 2017 | February 20, 2018 |
| All Dispositive Motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | December 5, 2017 | March 5, 2018 |
| All Motions in Limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | February 5, 2018 | May 7, 2018 |
| Agreed Pretrial Order due | February 21, 2018 | May 22, 2018 |
| Trial Briefs, proposed Voir Dire questions, proposed Jury Instructions, and Trial Exhibits due | February 28, 2018 | May 29, 2018 |
| 4-Day Jury Trial Date to commence | March 5, 2018 | **June 4, 2018** |

STIPULATION AND AGREED ORDER CONTINUING TRIAL
DATE AND RELATED DEADLINES - 2
( 2:17-cv-00740-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6207489.1

DATED this 9th day of October, 2017.

| | |
|---|---|
| Dean C. Sorensen, *Pro Hac Vice*<br>CANTRILL SKINNER LEWIS CASEY &<br>SORENSEN, LLP<br>1423 Tyrell Lane<br>Boise, ID 83706<br>Email: Sorensen@cssklaw.com;<br><br>Russell M. Aoki, WSBA #15717<br>AOKI LAW, PLLC<br>1200 5th Avenue, Suite 750<br>Seattle, WA 98101<br>Email: russ@aokilaw.com<br><br>***Attorneys for Defendants Nijjer<br>and Indigo Holdings, LLC*** | S. Shawn Toor, WSBA #50108<br>Daniel A. Brown, WSBA #22028<br>S. Shawn Toor, WSBA #50108<br>Attorneys for Plaintiff<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600 Fax: (206) 628-6611<br>Email: dbrown@williamskastner.com<br>         stoor@williamskastner.com<br><br>***Attorneys for Plaintiff Athwal*** |

## ORDER

Based upon the foregoing Stipulation, it is hereby

ORDERED that the trial date be continued from March 5, 2018 to **June 4, 2018**; and related pretrial deadlines be continued as noted above.

DONE IN OPEN COURT this 17th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

S. Shawn Toor, WSBA #50108
Daniel A. Brown, WSBA #22028
S. Shawn Toor, WSBA #50108
Attorneys for Plaintiff
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600 Fax: (206) 628-6611
Email: dbrown@williamskastner.com; and stoor@williamskastner.com

STIPULATION AND AGREED ORDER CONTINUING TRIAL
DATE AND RELATED DEADLINES - 3
( 2:17-cv-00740-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6207489.1