The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATBINDER ATHWAL, individually and on behalf of the Estate of HARKANWAL SINGH ATHWAL, deceased,<br><br>       Plaintiff.<br><br>    v.<br><br>JAY NIJJER and "JANE DOE" NIJJER, individually and as a marital community,<br><br>       Defendants,<br><br>    and<br><br>INDIGO HOLDINGS, LLC, a Washington limited liability company,<br><br>       Nominal Defendant. | NO. 2:17-cv-00740-RSL<br><br>STIPULATION AND AGREED ORDER AMENDING COMPLAINT |

## **STIPULATION**

Plaintiff Satbinder Athwal by and through her counsel, and Defendants Jay Nijjer, "Jane Doe" Nijjer and Indigo Holdings, LLC (collectively "Defendants"), stipulate and agree to allow Plaintiff to amend her complaint. A copy of the Amended Complaint is attached to this Stipulation.

STIPULATION AND AGREED ORDER AMENDING COMPLAINT - 1
( 2:17-cv-00740-RSL)

6193577.3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

DATED this 28th day of September, 2017.

/s/ Dean C. Sorensen, Pro Hac Vice
Dean C. Sorensen, *Pro Hac Vice*
CANTRILL SKINNER LEWIS CASEY &
SORENSEN, LLP
1423 Tyrell Lane
Boise, ID 83706
Email: Sorensen@cssklaw.com;

Russell M. Aoki, WSBA #15717
AOKI LAW, PLLC
1200 5th Avenue, Suite 750
Seattle, WA 98101
Email: russ@aokilaw.com

*Attorneys for Defendants Nijjer
and Indigo Holdings, LLC*

/s/ S. Shawn Toor, WSBA #50108
S. Shawn Toor, WSBA #50108
Daniel A. Brown, WSBA #22028
S. Shawn Toor, WSBA #50108
Attorneys for Plaintiff
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600 Fax: (206) 628-6611
Email: dbrown@williamskastner.com
stoor@williamskastner.com

## **ORDER**

Based upon the foregoing Stipulation, it is hereby

ORDERED that Plaintiff is allowed to amend her Complaint; and it is further

ORDERED that Plaintiff's Amended Complaint will be deemed filled as of the date of this Order.

DONE IN OPEN COURT this 17th day of October, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND AGREED ORDER AMENDING COMPLAINT
- 2
( 2:17-cv-00740-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6193577.3

PRESENTED BY:

/s/ S. Shawn Toor, WSBA #50108
S. Shawn Toor, WSBA #50108
Daniel A. Brown, WSBA #22028
S. Shawn Toor, WSBA #50108
Attorneys for Plaintiff
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600  Fax: (206) 628-6611
Email: dbrown@williamskastner.com
stoor@williamskastner.com

STIPULATION AND AGREED ORDER AMENDING COMPLAINT - 3
( 2:17-cv-00740-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6193577.3