The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SATBINDER ATHWAL, individually and on behalf of the Estate of HARKANWAL SINGH ATHWAL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JAY NIJJER and "JANE DOE" NIJJER, individually and as a marital community,<br><br>Defendants,<br><br>and<br><br>INDIGO HOLDINGS, LLC, a Washington limited liability company,<br><br>Nominal Defendant. | NO. 2:17-cv-00740-RSL<br><br>STIPULATION AND AGREED ORDER CONTINUING EXPERT-RELATED DEADLINES |

## STIPULATION

Plaintiff Satbinder Athwal by and through her counsel, and Defendants Jay Nijjer, "Jane Doe" Nijjer and Indigo Holdings, LLC (collectively "Defendants"), stipulate and jointly move the Court for an order continuing the deadline for Expert Witness Reports and Expert Witness Depositions. The parties have been working together and have agreed to continue the deadlines of December 5, 2017 and February 5, 2018, set forth in the Court's October 17, 2017 Agreed

STIPULATION AND AGREED ORDER CONTINUING EXPERT-RELATED DEADLINES - 1
( 2:17-cv-00740-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6207489.1

Order Continuing Trial Date and Related Dates. As a result, the parties believe that the scheduling adjustments described below are necessary and warranted.

On this basis, the parties jointly request the following scheduling adjustments:

| Event | Existing Deadline or Event Date | Proposed Deadline or Event Date |
| --- | --- | --- |
| Reports from Expert Witnesses under FRCP 26(a)(2) Due | December 5, 2017 | January 31, 2018 |
| Deadline for Expert Witness Depositions | February 5, 2018 | February 28, 2018 |

DATED this 5th day of December, 2017.

/s/ Dean C. Sorensen
Dean C. Sorensen, *Pro Hac Vice*
CANTRILL SKINNER LEWIS CASEY &
SORENSEN, LLP
1423 Tyrell Lane
Boise, ID 83706
Email: Sorensen@cssklaw.com;

Russell M. Aoki, WSBA #15717
AOKI LAW, PLLC
1200 5th Avenue, Suite 750
Seattle, WA 98101
Email: russ@aokilaw.com

*Attorneys for Defendants Nijjer and Indigo Holdings, LLC*

/s/ S. Shawn Toor, WSBA #50108
S. Shawn Toor, WSBA #50108
Daniel A. Brown, WSBA #22028
S. Shawn Toor, WSBA #50108
Attorneys for Plaintiff
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600  Fax: (206) 628-6611
Email: dbrown@williamskastner.com
stoor@williamskastner.com

*Attorneys for Plaintiff Athwal*

## ORDER

Based upon the foregoing Stipulation, it is hereby

ORDERED that the Expert Witness deadlines be continued as noted above.

DONE IN OPEN COURT this 6th day of December, 2017.

/s/ Robert S. Lasnik
HONORABLE ROBERT S. LASNIK

STIPULATION AND AGREED ORDER CONTINUING EXPERT-
RELATED DEADLINES - 2
( 2:17-cv-00740-RSL)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6207489.1