The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SATBINDER ATHWAL, individually and on behalf of the Estate of HARKANWAL SINGH ATHWAL, deceased,<br><br>Plaintiff.<br><br>v.<br><br>JAY NIJJER and "JANE DOE" NIJJER, individually and as a marital community,<br><br>Defendants,<br><br>and<br><br>INDIGO HOLDINGS, LLC, a Washington limited liability company,<br><br>Nominal Defendant. | NO. 2:17-cv-00740-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL<br><br>✓**Clerk's Action Required** |

## **STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree that this matter may be dismissed with prejudice. Except as otherwise provided in any separate agreements between the parties, this dismissal shall not result in the payment of attorneys' fees or costs to either party, it having been fully and finally resolved. Trial of this matter may be stricken from the Court's calendar.

STIPULATION AND ORDER FOR DISMISSAL - 1
( 2:17-cv-00740-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6384871.2

DATED this _____ day of March, 2018.

By _____
Daniel A. Brown, WSBA #22028
S. Shawn Toor, WSBA #50108
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600  Fax: (206) 628-6611
Email: dbrown@williamskastner.com
           stoor@williamskastner.com

*Attorneys for Plaintiff*

By: _____
Dean C. Sorensen, *Pro Hac Vice*
CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP
1423 Tyrell Lane
Boise, ID 83706
Email: Sorensen@cssklaw.com;
Rountree@cssklaw.com;
Evaniuck@cssklaw.com; and
Henman@cssklaw.com

Russell M. Aoki, WSBA #15717
AOKI LAW, PLLC
1200 5th Avenue, Suite 750
Seattle, WA 98101
Email: russ@aokilaw.com

*Attorneys for Defendants Nijjer and Indigo Holdings, LLC*

STIPULATION AND ORDER FOR DISMISSAL - 2
( 2:17-cv-00740-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6384871.2

# ORDER

Based upon the foregoing Stipulation of the parties, it is hereby:

ORDERED, ADJUDGED and DECREED that the above-entitled matter is hereby DISMISSED WITH PREJUDICE and without recovery of attorney's fees and costs to either party. The Clerk of the Court is requested to remove any and all hearings and trial dates from the Court's calendar.

DONE this 3rd day of April, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

By _____
Daniel A. Brown, WSBA #22028
S. Shawn Toor, WSBA #50108
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600  Fax: (206) 628-6611
Email: dbrown@williamskastner.com
stoor@williamskastner.com

*Attorneys for Plaintiff*

By _____
Dean C. Sorensen, *Pro Hac Vice*
CANTRILL SKINNER LEWIS CASEY & SORENSEN, LLP
1423 Tyrell Lane
Boise, ID 83706
Email: Sorensen@cssklaw.com;
Rountree@cssklaw.com; Evaniuck@cssklaw.com; and
Henman@cssklaw.com

Russell M. Aoki, WSBA #15717
AOKI LAW, PLLC
1200 5th Avenue, Suite 750
Seattle, WA 98101
Email: russ@aokilaw.com

*Attorneys for Defendants Nijjer and Indigo Holdings, LLC*

STIPULATION AND ORDER FOR DISMISSAL - 3
( 2:17-cv-00740-RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6384871.2